**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PATRICK, JOHN A, JR.     § Case No. 07-72906
                                §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $215,045.00                Assets Exempt: $2,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00       Claims Discharged
                                             Without Payment: $26,032.37

Total Expenses of Administration: $2,200.00

---

    3) Total gross receipts of $ 2,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $258,749.00 | $24,081.80 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,768.83 | 3,768.83 | 2,200.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,396.79 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,618.33 | 5,475.25 | 5,475.25 | 0.00 |
| **TOTAL DISBURSEMENTS** | $284,764.12 | $33,325.88 | $9,244.08 | $2,200.00 |

4) This case was originally filed under Chapter 7 on November 30, 2007. The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2013         By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential claim against Home Builder | 1129-000 | 2,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nuvell Credit Company LLC | 4110-000 | 24,085.00 | 24,081.80 | 0.00 | 0.00 |
| NOTFILED | Carrington Mortgage Services, LLC | 4110-000 | 234,664.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$258,749.00** | **$24,081.80** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 550.00 | 550.00 | 208.88 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,979.50 | 1,979.50 | 751.79 |
| Campion, Curran, Lamb & Cunabaugh, P.C. | 3210-600 | N/A | 733.33 | 733.33 | 733.33 |
| Campion, Curran, Lamb & Cunabaugh, P.C. | 3220-610 | N/A | 506.00 | 506.00 | 506.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $3,768.83 | $3,768.83 | $2,200.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | McHenry County | 5200-000 | 5,396.79 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $5,396.79 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | APPLIED BANK | 7100-000 | 1,266.00 | 1,266.94 | 1,266.94 | 0.00 |
| 3 | Us Dept Of Education | 7100-000 | 4,192.00 | 4,208.31 | 4,208.31 | 0.00 |
| NOTFILED | Verizon Wireless Dept. | 7100-000 | 936.00 | N/A | N/A | 0.00 |
| NOTFILED | McLean County Orthopedics | 7100-000 | 132.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Bank Total Loss Bankruptcy Consumer | 7100-000 | 557.00 | N/A | N/A | 0.00 |
| NOTFILED | North Shore Cardiologists | 7100-000 | 198.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County College | 7100-000 | 368.00 | N/A | N/A | 0.00 |
| NOTFILED | Seventh Ave | 7100-000 | 344.00 | N/A | N/A | 0.00 |
| NOTFILED | Triad Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Family Services | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Lending Corporation | 7100-000 | 3,339.33 | N/A | N/A | 0.00 |
| NOTFILED | Bank of Marin | 7100-000 | 806.00 | N/A | N/A | 0.00 |
| NOTFILED | Evanston Northwestern Healthcare | 7100-000 | 440.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | DML Real Estate LLC | 7100-000 | 3,871.00 | N/A | N/A | 0.00 |
| NOTFILED | Fresh Start Mortgage Assistance | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Evanston Northwestern Healthcare | 7100-000 | 194.00 | N/A | N/A | 0.00 |
| NOTFILED | Heights Finance Corp | 7100-000 | 2,165.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,618.33 | $5,475.25 | $5,475.25 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-72906  
**Case Name:** PATRICK, JOHN A, JR.

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/30/07 (f)  
**§341(a) Meeting Date:** 01/03/08

**Period Ending:** 08/08/13

**Claims Bar Date:** 02/02/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 2 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account - Bank of America | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Books and CD's | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Term Life insurance through employer - KB Home | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Accidental Death and Dismemberment | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Short Term Disability through employer - KB Home | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Pension with Fidelity | Unknown | 0.00 | | 0.00 | FA |
| 11 | Potential claim against Home Builder<br>See Order to Compromise Controversy entered April 11, 2012. | Unknown | 15,000.00 | | 2,200.00 | FA |
| 12 | 2006 Chevrolet Equinox | 12,745.00 | 0.00 | | 0.00 | FA |
| 13 | 5506 Valley Drive, Richmond, | 200,000.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$215,045.00** | **$15,000.00** | | **$2,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2009    **Current Projected Date Of Final Report (TFR):** March 18, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-72906  
**Case Name:** PATRICK, JOHN A, JR.  
**Taxpayer ID #:** **-***7655  
**Period Ending:** 08/08/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****893566 - Checking Account  
**Blanket Bond:** $736,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/11/13 | | Campion, Curran, Lamb & Cunabaugh, P.C. | Settlement Proceeds pursuant to Order to Compromise Controversy entered April 11, 2012 | | | 960.67 | | 960.67 |
| | {11} | | Settlement Proceeds | 2,200.00 | 1129-000 | | | 960.67 |
| | | | Attorney James A. Campion Fees | -733.33 | 3210-600 | | | 960.67 |
| | | | Attorney James A. Campion Expenses | -506.00 | 3220-610 | | | 960.67 |
| 05/01/13 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 37.97% on $1,979.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 751.79 | 208.88 |
| 05/01/13 | 102 | STEPHEN G. BALSLEY | Dividend paid 37.97% on $550.00, Trustee Compensation;  Reference: | | 2100-000 | | 208.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 960.67 | 960.67 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 960.67 | 960.67 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$960.67** | **$960.67** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****893566** | 960.67 | 960.67 | 0.00 |
| | $960.67 | $960.67 | $0.00 |

{} Asset reference(s)